IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARMON CULBRETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0184-CG-N |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 8), the above-styled case is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall each bear their own attorney's fees and costs.

**DONE and ORDERED** this 29th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE